IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RACHEL SPECTOR, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) Case No. 13-CV-7701 |
| v. | ) ) ) |
| ACT, INC., an Iowa not-for-profit corporation, and THE COLLEGE BOARD, a New York not-for-profit corporation, | ) ) ) ) ) |
| Defendants. | ) |

## MOTION FOR VOLUNTARY DISMISSAL OF ACTION AGAINST THE COLLEGE BOARD WITH LEAVE TO REINSTATE

NOW COMES Plaintiff, RACHEL SPECTOR on behalf of herself and all others similarly situated, by and through her attorneys, LARRY D. DRURY, LTD., and pursuant to Federal Rule of Civil Procedure 41 (a)(2) voluntarily dismisses this action against Defendant, THE COLLEGE BOARD only, without prejudice or costs and with leave to reinstate, and states as follows:

1. That on October 28, 2013, Plaintiff filed her Class Action Complaint in the above matter.

2. That no opposing party has filed an Answer or Motion for Summary Judgment before the Court.

3. There is no certified class in this action.

4. THE COLLEGE BOARD does not oppose the voluntary dismissal but objects to the language "with leave to reinstate".

1

WHEREFORE, Rachel Spector, prays this honorable court dismiss this action against Defendant, THE COLLEGE BOARD only, without prejudice or costs and with leave to reinstate, pursuant to Federal Rule of Civil Procedure 41(a)(2), instanter.

Dated: January 9, 2014

Respectfully submitted,

RACHEL SPECTOR, on behalf of herself and all others similarly situated,

By: /s/ Larry D. Drury

LARRY D. DRURY, LTD.
100 North LaSalle Street
Suite 1010
Chicago, Illinois 60602
312.346.7950
ldrurylaw@aol.com
ARDC# 0681024

ROWE & ASSOCIATES
One Dearborn Square
Suite 644
Kankakee, IL 60901
815.929.3844
jr@rowelegal.com
ARDC #6279720

ROBERT A. LANGENDORF
134 North LaSalle Street
Suite 1515
Chicago, IL 60602
312.782.5933
rlangendorf@comcast.net
ARDC #3127328