IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RACHEL SPECTOR, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 13-CV-7701 |
| v. | ) ) ) | |
| ACT, INC., an Iowa not-for-profit corporation, and THE COLLEGE BOARD, a New York not-for-profit corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION AGAINST ACT, INC.

NOW COMES Plaintiff, RACHEL SPECTOR on behalf of herself and all others similarly situated, by and through her attorneys, LARRY D. DRURY, LTD., and pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii) voluntarily dismisses this action against Defendant, ACT, INC. without prejudice or costs, and states as follows:

1. That on October 28, 2013, Plaintiff filed her Class Action Complaint in the above matter.

2. That ACT, Inc. has filed an Answer.

3. There is no certified class in this action.

4. The parties stipulate that, pursuant to FRCP Rule 41(a)(1)(A)(ii), that this action is voluntarily dismissed as to ACT, Inc., without prejudice and without costs.

1

WHEREFORE, Rachel Spector, prays this honorable court dismiss this action against Defendant, ACT, INC., without prejudice and costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), instanter.

Dated: January 23, 2014

SO STIPULATED:

        ACT, INC.

        By:   /s/ Eric L. Samore
              Eric L. Samore
              Smith Amundsen
              150 North Michigan Avenue
              Suite 3300
              Chicago, IL 60601

        RACHEL SPECTOR, on behalf of herself and all others similarly situated,

        By:   /s/ Larry D. Drury
              Larry D. Drury
              Larry D. Drury, Ltd.
              100 North LaSalle Street
              Suite 1010
              Chicago, IL 60602

LARRY D. DRURY, LTD.
100 North LaSalle Street
Suite 1010
Chicago, Illinois 60602
312.346.7950
ldrurylaw@aol.com
ARDC# 0681024

ROWE & ASSOCIATES
One Dearborn Square
Suite 644
Kankakee, IL 60901
815.929.3844
jr@rowelegal.com
ARDC #6279720

ROBERT A. LANGENDORF
134 North LaSalle Street
Suite 1515
Chicago, IL 60602
312.782.5933
rlangendorf@comcast.net
ARDC #3127328