# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Rachel Spector

                       Plaintiff,

v.                                     Case No.: 1:13−cv−07701
                                                    Honorable Elaine E. Bucklo

The College Board, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 4, 2014:

      MINUTE entry before the Honorable Elaine E. Bucklo: This case is dismissed without prejudice or costs pursuant to FRCP 41(a)(1)(A)(ii) as to defendant ACT, INC. This case is dismissed without prejudice or costs pursuant to FRCP 41(a)(1)(A)(i) as to defendant THE COLLEGE BOARD. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.